698 A.2d 542

IN THE MATTER OF HOWARD S. TEITELBAUM,
AN ATTORNEY AT LAW.

Aug. 18, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HOWARD S. TEITELBAUM** of **SOMERSET**, who was admitted to the bar of this State in 1975, and who was suspended from the practice of law for three months by Order of this Court dated May 16, 1997, be restored to the practice of law, effective immediately.